# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHRISTINE AYLWORTH,

            Plaintiff,

    v.

ETHICON, INC., et al.,

            Defendants.

) Case No. 5:20-cv-01120-JGB-SP
)
)
)
) **ORDER ON JOINT STIPULATION**
) **TO DISMISS PLAINTIFF'S CLAIMS**
) **WITH PREJUDICE**
)
)
)
)
)
)
)

///
///
///
///
///
///
///
///
///
///

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christine Aylworth (hereinafter "Plaintiff") and Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants") have stipulated through their respective counsel that this entire action, including any and all claims asserted by and on behalf of Plaintiff against Defendants, be dismissed with prejudice and with each party to pay its own costs and attorney fees.

Good cause appearing, the Court **APPROVES** the Joint Stipulation.  As stipulated, this action is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs and attorney fees.  The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

DATED: July 1, 2021

_____
Honorable Jesus G. Bernal
United States District Court Judge

TUCKER ELLIS LLP

Chicago ◆ Cleveland ◆ Columbus ◆ Los Angeles ◆ San Francisco ◆ St. Louis